**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Morgan's Charhouse, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1983595** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**27 W. 150 Roosevelt Rd**<br>**Winfield, IL**<br>ZIP Code **60190** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **27 W. 150 Roosevelt Rd Winfield, IL 60190** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Morgan's Charhouse, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Morgan's Charhouse, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Konstantine Sparagis**
Signature of Attorney for Debtor(s)

**Konstantine Sparagis 6256702**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Konstantine Sparagis**
Firm Name

**8 S. Michigan Avenue**
**27th Floor**
**Chicago, IL 60603**

Address

**312.753.6956  Fax: 866.333.1840**
Telephone Number

**October  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Angelo Pyroulis**
Signature of Authorized Individual

**Angelo Pyroulis**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**October  2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)
☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Morgan's Charhouse, LLC**  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A&P Service**<br>**1953 Linden**<br>**Hanover Park, IL 60133** | **A&P Service**<br>**1953 Linden**<br>**Hanover Park, IL 60133** | | | **5,209.00** |
| **Ajax Linen and Uniform**<br>**1005 Geneva St**<br>**Shorewood, IL 60404** | **Ajax Linen and Uniform**<br>**1005 Geneva St**<br>**Shorewood, IL 60404** | | | **6,783.00** |
| **Alpha Baking Compnay**<br>**36230**<br>**Treasury Center**<br>**Chicago, IL 60694** | **Alpha Baking Compnay**<br>**36230**<br>**Treasury Center**<br>**Chicago, IL 60694** | | | **3,210.00** |
| **Banco Popular**<br>**120 Broadway**<br>**Fl. 16**<br>**New York, NY 10271** | **Banco Popular**<br>**120 Broadway**<br>**Fl. 16**<br>**New York, NY 10271** | | | **12,576.00** |
| **BBM**<br>**874 N Milwaukee**<br>**Chicago, IL 60622** | **BBM**<br>**874 N Milwaukee**<br>**Chicago, IL 60622** | | | **50,118.00** |
| **Blackhawk Bank & Trust**<br>**301 4th St. W.**<br>**Milan, IL 61264** | **Blackhawk Bank & Trust**<br>**301 4th St. W.**<br>**Milan, IL 61264** | | | **88,331.00** |
| **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | | | **2,813.00** |
| **F Vaga Landscape**<br>**1570 Maureen Dr**<br>**Hoffman Estates, IL 60192** | **F Vaga Landscape**<br>**1570 Maureen Dr**<br>**Hoffman Estates, IL 60192** | | | **3,050.00** |
| **Illinois Department of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60601** | **Illinois Department of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60601** | | | **32,000.00** |
| **Network Creation**<br>**1325 Campbell Lane**<br>**Hoffman Estates, IL 60169** | **Network Creation**<br>**1325 Campbell Lane**<br>**Hoffman Estates, IL 60169** | | | **5,050.00** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **Morgan's Charhouse, LLC**                                          Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Nicor Gas** 1844 Ferry Road Naperville, IL 60563 | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | 4,868.00 |
| **Nitro** 4511 W. Haddon Chicago, IL 60651 | Nitro 4511 W. Haddon Chicago, IL 60651 | | | 4,237.00 |
| **Skoufis Produce** 313 Dee Ct Bensenville, IL 60105 | Skoufis Produce 313 Dee Ct Bensenville, IL 60105 | | | 7,335.00 |
| **Sound of Music & Video Systems** Four Frances Ave. Mundelein, IL 60060 | Sound of Music & Video Systems Four Frances Ave. Mundelein, IL 60060 | | | 2,744.00 |
| **Supreme Lobster** 220 E. North Ave. Villa Park, IL 60181 | Supreme Lobster 220 E. North Ave. Villa Park, IL 60181 | | | 15,554.00 |
| **Sysco** P.O. Box 5037 Des Plaines, IL 60017 | Sysco P.O. Box 5037 Des Plaines, IL 60017 | | | 7,567.00 |
| **U.S. Food Service** P.O. Box 98420 Chicago, IL 60693 | U.S. Food Service P.O. Box 98420 Chicago, IL 60693 | | | 16,560.00 |
| **Versa** 320 W. Gerri Ln. Addison, IL 60101 | Versa 320 W. Gerri Ln. Addison, IL 60101 | | | 3,672.00 |
| **Wirtz Beverage Group** P.O. Box 809180 Chicago, IL 60680 | Wirtz Beverage Group P.O. Box 809180 Chicago, IL 60680 | | | 2,300.00 |
| **Zepole Supply Co.** 506 E. Frontage Rd. Bolingbrook, IL 60440 | Zepole Supply Co. 506 E. Frontage Rd. Bolingbrook, IL 60440 | | | 37,545.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 2, 2009**            Signature  **/s/ Angelo Pyroulis**
                                                **Angelo Pyroulis**
                                                **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
A&P Service
1953 Linden
Hanover Park, IL 60133


Ajax Linen and Uniform
1005 Geneva St
Shorewood, IL 60404


Alpha Baking Compnay
36230
Treasury Center
Chicago, IL 60694


Alpha Olympic Pest Control
PO Box 253
Lombard, IL 60148


Arnold J. Klehm Grower
44W637 State Route 72
Hampshire, IL 60140


Associate Area Counsel, SB/SE
200 West Adams Street
Ste. 2300
Chicago, IL 60606


AT & T
P.O. Box 8100
Aurora, IL 60507


Atlas Refridgeration
720 Heartland, Unit N
Sugar Grove, IL 60554


Banco Popular
120 Broadway
Fl. 16
New York, NY 10271


BBM
874 N Milwaukee
Chicago, IL 60622
```

```
Bella Brew
7742 W 99th St
Hickory Hills, IL 60457


Blackhawk Bank & Trust
301 4th St. W.
Milan, IL 61264


Chicago Fire & Burglasr
636 Rossevelt Rd
Glen Ellyn, IL 60137


ComEd
Bill Payment Center
Chicago, IL 60668


D. Patrick Mullarkey, Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044


Daily Herald



Dalmares Produce
1314 W 21st St
Chicago, IL 60608


Delta Distributors
3065 N Rockwell
Chicago, IL 60618


Dupage Salt
27 W 250 North Ave
Schaumburg, IL 60195


F Vaga Landscape
1570 Maureen Dr
Hoffman Estates, IL 60192


Fortuna Baking Inc
149 Easy St
Carol Stream, IL 60188
```

```
Groot
Box 92107
Elk Grove Village, IL 60009


Grove Leasing
8704 W 89th Pl
Palos Hills, IL 60465


Highland Baking Co.
2301 Shermer Rd
Northbrook, IL 60062


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Minuteman Press
1517 E. Oakton
Des Plaines, IL 60018


Monarch Fire Protection
6455 Joliet St
West Chicago, IL 60185


Muzak
PO Box 71070
Elk Grove Village, IL 60009


Natural Juice
PO Box 395
Elk Grove Village, IL 60009


Network Creation
1325 Campbell Lane
Hoffman Estates, IL 60169
```

Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nitro
4511 W. Haddon
Chicago, IL 60651


Reflections Window Cleaning
30 W 110 Branch Ave
Warrenville, IL 60555


RSVP
782 Busse Hwy
Park Ridge, IL 60068


Silverware POS Inc
246 E Janata Blvd
Suite 115
Lombard, IL 60148


Skoufis Produce
313 Dee Ct
Bensenville, IL 60105


Sound of Music & Video Systems
Four Frances Ave.
Mundelein, IL 60060


Southern Wine & Spirits
2971 Paysphere Cir.
Chicago, IL 60674


Supreme Lobster
220 E. North Ave.
Villa Park, IL 60181


Sysco
P.O. Box 5037
Des Plaines, IL 60017


Systematics, Inc.
P.O. Box 2429
West Chester, PA 19380

The Banking Institute
190 B Shepard Ave.
Wheeling, IL 60090


U.S. Food Service
P.O. Box 98420
Chicago, IL 60693


United States Attorney
219 S. Dearborn Street
Chicago, IL 60604


Versa
320 W. Gerri Ln.
Addison, IL 60101


Village of Winfield Water
27W465 Jewell Rd.
Winfield, IL 60190


Waste Management
1411 Opus Pl.
Ste. 400
Downers Grove, IL 60515


Wheaton Roofing Co.
141 W. Grand Lake Blvd.
West Chicago, IL 60185


Wirtz Beverage Group
P.O. Box 809180
Chicago, IL 60680


Ylunch.com


Zepole Supply Co.
506 E. Frontage Rd.
Bolingbrook, IL 60440